Cause No. 12-14-00364-CV

In the Court of Appeals of Texas
Twelfth Court of Appeals

Alfred Lee Styne
Appellant.,

v

A. Baskin..
Appellee.,



FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 2 9 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

On Direct Appeal From The 349th
District Court Of Walker
County Texas
Judge: Pam Fonsten Fletcher
Presiding

Appellants Brief

Alfred Lee Styne 599665
Pro-Se
Estelle Unit
264 FM 3478
Huntsville Texas 77320

(1)

# Identity of Parties

Alfred lee Stone 599665
Appellant.
Estelle Unit
264 Fm 3478
Huntsville Texas 77320

A. Baskin
Appellee
Eastham Unit
2665 Prison Rd-1
Lovelady Texas 75851

# TABLE OF CONTENTS

PAGES

Identity of Parties ... 2

Table of Contents ... 3

Index of Authority ... 4-5

Statement of the Case ... 6

Statement of Fact ... 7

Issues Presented ... 8

Summary of the Argument ... 9

Argument ... 10-13

Prayer ... 14

Certificate of Service ... 14

Appendix ... 15

    (A) The Tort Action Complaint. ... 16

    (B) The Order of Dismissal. ... 17

    (C) The Motion For New Trial. ... 18

# Index of Authority

Cases | Pages

1. Armstrong 380 U.S. 545. _____
2. Baden 15 S.W.3d 643. 10 _____
3. Bulten V Bulten 808 SW2d 128. 12 _____
4. Denalta V Heights 485 US 80. 12 _____
5. Dywer V Aquamarine 791 SW2d 238. 12 _____
6. Falcon Ridge V G.E. 795 SW2d 21. 12 _____
7. In Re Simmonds 271 SW3d 874. 11 _____
8. Lewis V Ramirez 49 SW3d 887. _____
9. Media V State 986 SW2d 733. 10 _____
10. Muyuwan 938 SW2d 741. 10 _____
11. Rutell 671 SW2d 509. 12 _____
12. Sullivan V State 986 SW2d 708. 11 _____
13. Villanel V San Antionio 974 SW2d 285. 12 _____
14. Walken V Packer 827 SW2d 833. 13 _____

## Rules

1. Venn. Answ. TEX. R. Civ. Proc. R. 165 (A) 11 _____
2. Venn. Answ. TEX. R. Civ. Proc. R. 306 (A) 12 _____

## Other

1. TEX. Civ. Pract. And Rem. Code Title (2) Sub Title (A) Chapt 14 Sect. 14.004. 10,11 _____
2. TEX. Civ. Pract. And Rem. Code Title (2) Sub Title (A) Chapt 14 Sect. 14.005. 10,11 _____
3. TEX. Civ. Pract. And Rem. Code Title (2) Sub Title (A) Chapt 14 Sect. 14.003. 11 _____

# Index of Authority Cont

U.S. CONST.                              PAGE

1.                                       ———

2.                                       ———


TEX. CONST.

1.                                       ———

2.                                       ———

# STATEMENT OF THE CASE

On or About the 04 / 07 / 14 Stone Filed A Tort Action Against A. Baskin And Other Employees of the Texas Department of Criminal Justice Division Before: Pam Foxster Fletcher presiding Judge of the 349th Judicial District Court of Houston County Texas Alleging Five Claims.

And Judge Fletcher Dismissed the Complaint on or About the 10 / 16 / 14 For Failure to File An Affidavit Relating to previous Filing As Required by section 14.004. And Failure to File A Certified Copy of the Trust Account Statement As Required by section 14.004. And For Failure to File An Affidavit Relating to Grievance System As Required by section 14.005. And That the Claims were Filed After the period prescribed in section 14.005. And That All Claims Are Frivolous or Malicious.

And There After Stone Filed His Motion For New Trial on 09 / 30 / 14. but the Trial Court Refused to Rule on the Motion.

So Now Stone is before this Twelfth Court of Appeal For Relief.

(6)

# STATEMENT OF FACT

THE Appellant Has A Constitutional Right to A Full And Fair Opportunity to litigate His Cause of Action And to Have His Cause Adjudicated on THE Merits At A Meaningful Time And in A Meaningful Manner.

Here THE Trial Court dismissed Styles to our Action based on (4) points of Error in THE Complaint that Could Have been Cured upon Amendment of the Complaint on A New Trial. Ordered.

1. UNCONSTITUTIONAL-Applied STATUTE.

## Summary of Argument

Stone Timely Filed A Motion For New Trial To Correct All of His Errors That Could Have Possibly Had His Complaint dismissed under Tex. Civ. Prac. Ct. And Rem. Code Title 2 Subtitle(A) Chapter 14 of §§ 14.005., 14.004. And of 14.003.

However Judge Flectcher Failed To Rule On The Motion For New Trial so This Along With The Failure To Give Notice Of The dismissal Of The Complaint is An Error.

Especially Here Where The Trial Court Has dismissed The Case Under The Wrong Statute Of Law.

## Point One
## Unconstitutionally Applied Statute

The Appellant Argue that the trial Court has mis applied the law under Tex. Civ. Pract. And Rem. Code Title 2 subtitle (A) Chapter 14. §§ 14.004, 14.005, by dismissing His Complaint with out Notice. And by using THE wrong law To Dismiss THE Complaint And For Refusing To Rule On His Timely Properly Filed Motion For New trial.

## Standard Of Review

This Court Of Appeals Reviews the Un Constitutionality Of An As Applied Challenge To A Statute As being Facially Constitutional but Contends THE Statute is being Applied Unconstitutionally in A particular Case. see Baden 15 SW3d AT 643.

Therefore, THE Statute Confers upon THE trial Court THE power To Act. SEE Mcgowan 938 S.W.2d AT 741. For THIS Reason An As Applied Challenge Cannot be Raised For THE First Time On Appeal it Must First be Made To THE Trial Count. SEE TEX. R. App. 33.1 See Also Media V State 986 S.W.2d 738.

And if THE Constitutionality Of THE Statute was Not Raise in THE Trial Count but is Nevertheless Raised On Appeal THE Appell-

ATE COURT presumes THE CHALLANGE is FACIAL And will Address iT Under THAT STANDARD. SEE Sullivan V STATe 986 S.W. 2d 708.

## Application Of STANDARD

in THis PARTICULAR Case THE TRIAL COURT HAS MisApplied CHApTER 14 §§ 14.004, 14.005 by Using THese SECTION TO Dismiss THE Appellant's CUMplaiNT. And because THEY Are NOT THE CORRECT ApplicATION OF CHApTER 14 FOR Underiny A dismissAl OF THE COMplaint.

CHApTER of 14.003 (A) 1,2,3, And (B) 1,2,3,4, become THE proper law FOR THE DismissiAl OF THE COMplaint. see In Re SiMMOnds 271 S.W 3d 874 And COMpAre iT TO THis CAse.

in SiMMOnd THE TRIAL COURT FAiled TO File His lAw suiT Under THE COrrect ApplicATION OF TEX. CIV. PRACT & Rem Code Ann. §§ 14.007 (A) And 14.011 (A) And THERe FORe Erroned be CAuse THE COURT OF Appeals FOUND by Refusiny TO File THE inMATE lAw suiT Under An in COrrect ApplicATION OF CHApTER 14 AMOUNTs TO Abuse OF DiscuETION ID.

SecOndly, THE TRIAL COURT dismissed COMplAINT wiTH OUT NOTice As ReQUIRed Under VeRW. ARW. TEX. R. CIV. PROC. R. 165 (A) A Wd

(11)

396 (A) Subds 4, 5. see Dennita V. Heights 485 US 814 (1988) Butler V Butler 808 Sw 2d 128. Falcon Ridge V G.E. 795 Sw2d 21.

WHICH Amounts TO Abuse OF discretion Because THE Appellant Never Received Adequate notice OF THE dismissal TO Apprise Or Enable Him TO prepare An Argument Against THE dismissal OF His Complaint. see Villarrel V SAN Antonio Truck 974 Sw2d AT 285.

Also I.D. Whether A dismissal notice is Constitutionally Adequate is A Question OF law For THE Courts TO Resolve. see Bottello 671 Sw 2d 599.

Third THE Trial Court Abused its discretion in Refusing TO Rule On THE Appellants timely Filed Motions For New Trial. So He Could Not Present His Objection TO Avoid THE Result OF THE Trial Courts dismissal OF His Complaint. I.D. Villarrel AT 285.

Argument And Authority

Here in THis Case All THree Errors OF THE Trial Court Amounts TO Abuse OF discretion. see Downer V Aquamarine 701 Sw2d 238.

Because THE Trial Courts Decision is Arbitrary On Un Reasonable On is Made Wi-

(12)

TH OUT Reference to Any Quiding Prin-
ciple Because the Trial Court did Not prop
Enly Apply the law to the Established-Facts
on misinterpretation on misapplication of
the law is An Abuse. See Walker v Packer 827
S.W.2d 833.

Prayer

THAT THis Court of Appeal Reverse the Cause back to the Trial-Court with instructions to Retrial The Cause.

Certificate of Service

I Alfred lee Stone Hereby Certify THAT A True Copy of the Fore Going Appellant-Brief Has been us Mailed To: The Clerk Twelfth Court of Appeals 1517 West Front Street Suite 354 Tuler TExas 75702 on This _22_ day of ____Dec_____ 2014_.

Alfred lee Stone
Appellant.,

(14)

Cause No. _____

In the Court of Appeals of Texas
Twelfth Court of Appeals

Alfred lee Stone
Appellant,

V

A. Baskins
Appellee,

Proof of Service

I Alfred lee Stone state that under the penalty of penjury that I have mailed by u.s. mail 2 Appellants. Brief (1) Docketing statement. (1) Application to proceed In Forma Pauperis (1) Six month print out sheet to the clerk of the Twelfth Court of Appeals 1517 West Front Street Suite 354 Tyler Texas 75702 on this 22 day of Dec. 2014.

Alfred lee Stone
Appellant.

# Appendix

(A)

CAUSE NO. 14-0026

Alfred lee Stone
Tontin.,
          V
A. Baskin Sgt. Et. Al.
Tont Feastion,

FILED
HOUSTON COUNTY
DISTRICT CLERK
14 APR 15 PM 2:39
BY_____DEPUTY

IN THE 349 District Court
In And For
Houston County Texas
...RAINS

Pnoof of Service

I Alfred lee Stone STATE THAT Under the Penalty of Penjuny THAT I Have Mailed by U.S. Mail (2) Tont-Action..(2) Tont-Notices.(2) Citation-Notice with Citation.(2) Dnetnial-Heaninly And Con-Fenence., with (2) Pnoof of Senvice.(2) Request Fon Senvice And Filiny., Pleadinys And Othen Pap-Ens, To: The Justice of the Peace Houston County Count House 411 East Houston-Ave. Houston Cou-nty Texas 75835 On This 7 day April 2014.

Alfred lee Stone
Tontin

(4),

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Eastern_ DISTRICT OF TEXAS
### DIVISION

Alfred lee Styne 599665
**Plaintiff's name and ID Number**

Estelle Unit
**Place of Confinement**

FILED
HOUSTON COUNTY
DISTRICT CLERK

14 APR 15 PM 2:32

CAROLYN RAINS

BY _____
_____ DEPUTY

CASE NO. __14-0076__
(Clerk will assign the number)

V.

A. Baskins Sgt. Et. Al.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

_____
_____
**Defendant's name and address**

I, _Alfred lee Styne_ declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☑
   b. Rent payments, interest or dividends?   Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☑
   d. Gifts or inheritances?   Yes ☐   No ☑
   e. Family or friends?   Yes ☐   No ☑
   f. Any other sources?   Yes ☐   No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☐       No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____

   _____

1

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐     No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____ day of _Apnil_____, 20 _14_.

_Alfred Lew Stone_ 549665
Signature of Plaintiff                     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

Cause No. 14-0076

Alfred Lee Stowe
Tortor.,

V

A. Baskin Sgt.
Tort Feasor.,

In The 349 District Court
In And For
Houston County, Texas

FILED
HOUSTON COUNTY
DISTRICT CLERK
14 APR 15 PM 2:30
CAROLYN RAINS
BY
DEPUTY

## THE TEXAS TORT CLAIM ACT.

In pursuance to Vernn. Tex. St. Ann Govt Cy 28.001  et. seq. The Tortor brings this suit to challange the tort feasors violation of his rights under the U.S.C.A. Const. Amend. 14th., And the Texas Const. Art. 1 Cy 19th.

1.

# list of parties

Alfred lee Stone no. 599665
Estelle unit
264 FM 3478
Huntsville Texas 77324
Warden

A. Baskin, Sergeant
East Ham unit
2665 prison Road-1
Lovelady Texas 75851

_____ Elem, Cu IV
East Ham unit
2665 prison Road-1
Lovelady Texas 75851

Larry Martinez, Captain
East Ham unit
2665 prison Road-1
Lovelady Texas 75851

_____ Hicks, Cu IV
East Ham unit
2665 prison Road-1
Lovelady Texas 75851

_____ Lee, Cu IV
Estelle unit
264 FM 3478 Rd
Huntsville Texas 77324

3.

## Jurisdiction

This suit is brought under Govt of 28.003.

## Venue

Govt of 28.011 is appropriate venue for this action.

## Jury-Demands

The Tonton demand a trial by jury pursuant to Govt of 28.035.

(3).

# AFFIDAVIT Relating To Previous Filings
## In State Court

1. Filed: ___/___/___ Parties _____ V _____ Court: _____ Docket No: _____ Judge: _____ Desposition of the Action: _____ Date of Final Order: ___/___/___ Dismissed Under Section: _____ THE Operative Facts For Relief Sought: _____

2. Filed: ___/___/___ Parties _____ V _____ Court: _____ Docket No: _____ Judge: _____ Desposition of the Action: _____ Date of Final Order: ___/___/___ Dismissed Under Section: _____ THE Operative Facts For Relief Sought: 1. _____
   2. _____ , 3. _____
   4. _____ , 5. _____

3. Filed: ___/___/___ Parties _____ V _____ Court: _____ Docket No. _____ _____ Judge: _____ Disposition of the Action: _____ Date Of Final Order: ___/___/___ Dismissed Under Section: _____ THE Operative Facts For Relief Sought: 1. _____
   2. _____ 3. _____
   4. _____ 5. _____
   6. _____ 7. _____

(4)

# NOTICE OF Relating Previous Filings In STATE Court

THE AFFidaviT Relating To Previous Filings in STATE Court is in Complete And this information Can no longer be obtained by My Request Due To TEX. Govt Code § 552.028 (A)(1)(3).

There Fore. by discovery Shall This Section be Completed.

Alfred Lee Stone
Tourton
DATE: 04 / 02 / 14

(4)(A)

# AFFIDAVIT OF EXHAUSTION OF ADMINISTRATIVE Remedies.

FILED HOUSTON DISTRICT CLERK 14 APR 15 CAROLY...

I Alfred lee Stowe NU. 599665. beinged presently incancerated at the Estelle High Security Unit 264 FM 3478 Rd Huntsville Texas 77349. states that. I Filed my step one Ynievance Fyn claim one on 12 / 04 / 13 And Received it back on 12 / 09 / 13, then I Filed my step-two on 02 / 10 / 14. And Received it back on 03 / 14 / 14 then I Refiled the step-one on 12 / 23 / 13

I Filed my step one Ynievance Fyn claim-two on 08 / 36 / 13 And Received it back on 10 / 10 / 13 then I Filed my step-two on 11 / 18 / 13 And Received it back on 01 / 08 / 14, then I Refiled the step one on 03 / 24 / 14.

I Filed my step one Ynievance Fyn claim-three on 10 / 3 / 13 And Received it back on 11 / 5 / 14 then I Filed my step-two on __ / __ / __ And Received it back on __ / __ / __. then I Refiled the step one on 03 / 17 / 14.

I Filed my step one Ynievance Fyn claim Fyun on 08 / 09 / 13 And Received it back on 08 / 22 / 13 then I Filed my step-two on 08 / 26 / 13 And Received it back on 11 / 6 / 13. then I Refiled the step one on 03 / 13 / 14.

(5).

I Filed my step one grievance for claim five on 08/09/13 And Received it back on 08/22/13 then I Filed my step-two on 08/26/13 And Received it back on 11/6/13 then I Refiled the step one on 03/13/14.

And declare under the penalty of perjury that the foregoing is true and correct. V.T.C.A Civi Pract. & Rem. Code § 132.001-132.003).

EXECUTED on April 7 2014.

S Ogmdden Stono
SIGNATURE OF TUTOR

GRIEVANCES ATTACHED

(6).

# EXHAUSTION OF ADMINISTRATIVE Remedies

In pursuance to Govt 28.001 et. seq. the Tortor give notice that the exhaustion of administrative Remedies of grievance system Decision is pending because the claim was filed before the grievance system procedure was completed and the Tortor Request of the court to stay the proceeding with Respect to the claim for a period not to exceed 180 days but ___ days to permit the completition of the grievance system procedure on this ___ days of _____ 20__.

_Alfred Lee Stone_
Tortor

# Claim-One
## UnConstitutional-Applied Statute

UNITED STATES DISTRICT COURT CLERK'S OFFICE CAPER ? RAINS DEPUTY

On On About The 4/18/13 The TortFeasor's:
The State And Federal Courts did They And Them Un lawfully While They were A United State Court For The State of Texas And While Acting under Color of There Actual And Purported Official Capacity Caused The Wrongful Act On Omission On The Negligence Act by Subjecting Stone The Tortor To Mistreatment by: The deprivation of His Property With Out due Process of law. On 12/18/13 Stone Requested To make An Inmate PunCHASE From The ESTELLE Unit Commissary but my Commissary-Slip Came back SHowing THAT I Had no Money in my Trust Fund Account WHiCH is untrue because I Received A $20.00 dollars deposit To my Account On 4/18/13 by louise B. And THEN On __/__/13 THE inMATE Trust Fund Took THE Full $20.00 dollar From my InMATE Trust Fund Account For Court Cost-Fees And Cost under Tex. Gov't. Code. Ann. y 501.014 (E) by Order OF THE STATE And Federal Courts under TEX. Civ. PrACT. $ Rem. Code Ann. yy 14.006 (B)(c) For STATE Courts. And 28 U.C.S. yy 1915 (B)(1)(A)(B)...(2)...(F)(1)(2)(A)(B)(C). For Federal

(8)

COUNTS ... FOR CAUSE NO'S. 12JJ984.. 2JJ466... 2JJ625-C IN STATE COURT AND CAUSE NO'S 9JJ CV 15JJ AN IN RE: STONE 96-5JJ553 (5TH CIR). FOR FEDERAL-COURTS AND COURTS OF APPEALS.

IJAS UNCONSTITUTIONAL As Applied SEE Baden V STATE 15 SW 3d AT 643. Because §§ 14. JJ6.. 14.JJ7(A)(B) And 28 U.S.Cs §§ 1915 (B)(1)(2).. (F)(1) 2)(A)(B)(C).. dUes NUT RetrUActively Apply TU my Fnivuluus-Filinys. Because THE PResident Signy §804 (p.1. R. A) Pub. IAW. NU. 1U4-134 TitIE-1 (TitIE VII § 8U4 (A).(C).(E)] 11U STAT. 1321-73, 1321-74 JJ 6 18 §5 .

And I Filed My FnisT FEdenAl-CUmpl-Aint JJ ___/___/___ And THE Appeal JJ ___/___/___ . BeFune §(B).(1O)(F) And (4) WAS included unden § 8U4 UF Title 28 §1915. THene FUne §(B) And (F) did NUT RetruActivelY Applie TU my Present FrivUluus Filinys. AT THE Time I Filed my CUmplAint And NU tice UF APPEAL.

§§ 14.JJ6.. 14.JJ7(A)(B) WAS Signy by THE 4Uvennun And became IAW JJn June 8. 1995 And is UnCUnstitutiunal Because THE Amendment WAS u. Ade TU Apply pnuspectively Unly Jn THE SAMe date THAt iT WAS MAde Jn Signy by THE 4Uven nun UF TEX As. And WAS NUT MAde EFFeCtive As UF A date TU B Eyin in THE FutuRe TU EnActment THene FUne iT

(9)

did not give sufficient fair-notice to prisoners that filed there suit on or after the effective date to the enactment. because it had no "savings-clause" or tolling-grace-period or future provisions date in which to apply the statute.

To previous filed frivolous or malicious claims. before or after the claim was filed. under Acts 1995. 74th leg. CH. 378 (H.b. 1343)) § 2 eff. June 8 1995.

Stone should have been given at least one year notice after the enactment of the statute. with an opportunity to be heard at a meaningful time and in a meaningful-manner before an impartial tribunal. See louder will 470 US at 54 105 S.CT. 1487. Armstrong v Manzy 380 U.S. 345 85 S.CT. 1187-1191. USCA. Const. amend 14th.

Stone seeks the following relief

1. Attorney fees of $1_____ Dollars.
2. Exemplary-Damages $_____ Dollars.
3. Actual-Damages $_____ Dollars.
4. Punitive-Damages $_____ Dollars.
5. Nominal-Damages $_____ Dollars.
6. Compensational-Damages $_____ Dollars.
7. Payment of all court cost by the tortfeasor.

(16)

# Claim-Two
## Deprivation of Property Without
## Due Process of Law

On or About the 07/38/13 I Told Tortfeasor Sgt. A. Baskin did then And there unlawfully while He was A public servant sergeant for the state of Texas And while Acting under color of His Actual And purported-Official Capacity Caused the Wrongful Act or Omission or the Negligence Act by subjecting Stone to mistreatment by: His failure to investigate my Complaint on-08-14-13 And 08-19-13 to see if He Could find out what Happen to my missing-Property. Namely my Radio-And Head phone that was valued at no less than $50.00. Dollars And no Greater than $500.00. Dollars. But He failed to do so. So I filed An Aggrievance Against Him on 08-20-13 while on the Eastham unit but received no response from the Grievance Process Before I was Transfered to the Estelle unit so the Property was Never Recovered. Investigated, Nor Aggrieved. So this Act deprived me of the Property without due Process of law. See U.S.C.A. Const. Amend. 14th Vern. Ann. Tex. Const. Art. I §§ 17.19. Bohannn V. Tex. Bd. of Crim. Just. 942 S.W. 2d 113 Because Sgt. Baskin failed to Provide me with A Meaningful Administrative Due.

(11)

Edures to effectuate the Right of Recovery for the lost or stolen property. See U.S.C.A. Const. Amend. 5th. V.T.C.A. Gov't Code § 501.007. Kleven V Texas. Dept. of Crim. Just. Inst. Div. 35 S.W 3d 112

Therefore, I was denied Notice. And a Hearing at a Meaningful time and in a meaningful Manner. See Armstrong V Manzo 380 U.S. 345, 85 S. Ct. 1187-1190 Before the Unit Warden or some initial or final Board for such circumstances As An Impartial-Tribunal.

And thus willfully denies or Impedes A person in custody in the exercise or Immunity knowingly His conduct was unlawful for the very purpose of causing Harm And intended injury to the Tortur's life, liberty And property Rights.

Tortur Seeks the following Relief
1. Attorney Fees of $ _____ Dollars.
2. Exemplary Damages of $ _____ Dollars
3. Actual-Damages of $ _____ Dollars.
4. Punitive-Damages of $ _____ Dollars
5. Nominal-Damages of $ _____ Dollars
6. Compensational-Damages of $ _____ Dollars.
7. Payment of All Court Cost by the Tortfea-sor.

(12)

## Claim Three
## Deprivation of Property Without
## Due Process of law

On or about the __/__/14 the tort feasors C.O. IV. Hicks and C.O. IV lee did then and there unlawfully while they were public servant property-room officer for the State of Texas and while acting under color of there actual and purported-official capacity caused the wrongful act or omission or the negligence act by subjecting stowe to mistreatment by: depriving me of my personal-property without due process of law. Frist C.O. IV Hicks the east ham property-officer and the C.O. confiscating the property failed to give me notice of the confiscated property on the morning before I was transfered from the east ham unit to the Estelle-unit. And secondly C.O. IV lee the Estelle-property room officer returned the property that was sent from the east ham unit after coordination of the property. There-fore. Togerher they both through by there policy took my property under A.D-03.72 (Rev.4) of VI But since the ownership of the property was questioned under of VI(F)(2) I was intitled to have 7 days to prove ownership or authorized possession. of property but was denied due process of law. So the (1) college merriam webster dictionary.(1) the

(13)

Holy-Quran. (1) physic-Book. (1) Bible-Concordance. (1) THE TEXAS Criminal laws penal-code THATS valued AT no less THAN $50.00. Dollars And no Greater THAN $500.00 Dollars. WAS never Returned TU me. see U.S.C.A. CONST. Amend. 14 TH., Vern. Ann. TEX. CONST. Art. Iyy 17.19. BUHAnn V TEX. Bd. OF Crim. Just. 942 S.W.2d 113.

Because A.D.-03.72 (rev. 4) of VI does not Provide Inmates WITH A MEANINGFUl Administrative-procedure TU EFFECTUATE THE Right OF Recovery For THE lost On STolen property. SEE U.S.C.A. CONST. Amend. 5 TH., V.T.C.A. Gov't code y 501.007. Kleven v. TEXAS. Dept. OF Crim. Just. Inst. Div. 35 S.W.3d 112.

THere FORe, I WAS denied NOTICE And A HEARING AT A MEANINGFul-Time And in A Meaningful MANNER. SEE Armstrong v Manzo 380 U.S. 345 85 S.CT. 1187-1194 Before THE unit warden On Some initial On Final Board For such Circumstances As An Impartial-Tribunal.

And THus willFully denies On Impedes A person in Custody in THE EXERCise On Immunity knowing Her Conduct WAS unlawFul For THE very purpose OF Causing Harm And intended injury TU THE Tort ons liFe. liberty And property Rights.
44)

## TORTON SEEKS THE FOLLOWING RELIEF

1. ATTORNEY FEES OF $_____ DOLLARS.

2. EXEMPLARY-DAMAGES OF $_____ DOLLARS.

3. ACTUAL-DAMAGES OF $_____ DOLLARS.

4. PUNITIVE-DAMAGES OF $_____ DOLLARS.

5. NOMINAL-DAMAGES OF $_____ DOLLARS.

6. COMPENSATIONAL-DAMAGES OF $_____ DOLLARS.

7. PAYMENT OF ALL COURT COST BY THE TORT FEASOR.

Claim Four
Deprivation of liberty without
Due process of law

On or about the 07/28/13 the tort feasor Sgt. A. Baskin did then and there unlawfully while he was a public servant sergeant for the State of Texas and while acting under color of his actual and purported official capacity cause the wrongful act or omission or the negligence act by subjecting Stone to mistreatment by: depriving me of liberty without Due process of law. On 08/__/13 A Major Discipl-inary Hearing was held on case no #2013-0337-231 A False Offense-Report that was written against me by Sgt. Baskin, The Report stated th at." On the date and time listed above. And at Sky-ueth-Recreation Yard Offender Stone Alfred Lee T.D.C.J. ID no 599665 Did Assault Resulted in my injury. Offender Hines was the victim of the victim of the assault and did not particip ate in the incident." Now this Report was based on the False Statement or testimony of Cy Elem, and at the time of the Hearing before Elem made this same or similar(ies) testimony at the Hearing before Capt. Martinez the Hear-

(16)

ing officer who later found me guilty of the Disciplinary-Report based on Sgt.s Baskin Offense-Report And C/O. Elem's testimony which was An error that violated my liberty-Rights to bee Free From All Disciplinary-Punishment that would lead to the denial of my mandatory sup ervision Release, parole, And other prison pro tected liberty Rights that Are granted to All pri soners that Are Eligible And Free From Disciplin Ary-Punishment, in several ways.

First, the Offense code For this Above Disci plinary-Report is incorrect, Because there's no code 42.4 Found in the 2013 Disciplinary-Ru le And Procedures For Offenders Hand-Book For this Offense-Report under the level 1 or 2 Offense Code.

Secondly, the Written Disciplinary-Repo rt is not Evidence, it is the Offense-Descript ion to give notice to A prisoner of the charge, or charges that's being brought Against them.

Thirdly, C/O Elem's testimony could have Amounted to "Some-Evidence" Had the unit Wand en Followed their own Rules And Regulation's or policies concerning safety protection of pri soners by placing hand camera's on the G-4 Rec yards And day-Rooms.

(47)

And Based upon these facts alleged above the Disciplinary Hearing officer must not use them to base his conclusion. See Hill 472 US at 455.456., Daniels 871 F2d 1328.

Because it would deny Stone of a hearing at a meaningful time and manner. See Armstrong V Amanzo 380 US 345., 86 S.Ct. 1187-1194 U.S.C.A. Amend. 14th., Tex. Const. Art I of 19...

And willfully denies or impedes a person in custody in the exercise or immunity knowing there conduct was unlawful for the very purpose of causing harm and intended injury to the Tortons. Life. Liberty Rights.

Torton seeks the following relief

1. Attorney fees of $_____ Dollars.
2. Exemplary-Damages of $_____ Dollars.
3. Actual-Damages of $_____ Dollars.
4. Punitive-Damages of $_____ Dollars.
5. Nominal-Damages of $_____ Dollars.
6. Compensational-Damages of $_____ Dollars.
7. Payment of all Court cost by the Tortfeasor's
8. Release to Mandatory Supervision within (7) days of this Judgment.

## Claim Five
## Deprivation of liberty without
## Due process of law

On Or About the 01/28/13 the Tort Feasor C.O. IV Elem did then and there unlawfully while He was a public servant Connectional-Officer For the State of Texas and while Acting under Color of His Actual and purported-Official-Capacity Caused the Wrongful Act or Omission or the Negligence. Act by Subjecting Stone to Mistreatment by: Failing to "Take Reasonable measures to protect me from being Assaulted by inmate Hines and 3 Other Gang members." See Farmer V Brennan 511 US AT 445 Because the Constitution Require Prision Officials to provide Reasonable Safety For Prisoners. I.D Farmer 511 U.S. At ____. But in This Case Here I was involved in A Fight on the G-4 Rec-yard with Inmate Hines until 3 Other Gang-members Came and Joined into the Fight to Help Hines. Which Cause me to Run to the Front Rec. Yard Entrance Gate to inform C.O. IV Elem whom was Asleep While Setting on A Barrel At the Gate Entrance About what Had Happen And to let me off the Rec. yard but He failed to do so. And There After While Standing At the Entrance of the Gate

(19)

All 4 gang-members came up to the gate entrance where I was standing and jump me in front of them of which one of them knocked my front teeth out.

And for this reason them displayed deliberate indifference or reckless disregard for my safety by failing to act reasonably in response to my danger. I.D. Farmer 511 U.S. at 828-847... See also Adam 327 F3d 1171-1176.

And thus this willfully denies or impedes a person in custody in the exercise or immunity knowing his conduct was unlawful for the very purpose of causing harm and intended injury to the life, liberty rights prohibited by the U.S.C.A. Const. Amend 14th... Tex. Const Art. 1 § 19...

Plaintiff seeks the following relief
1. Attorney fee of $_____ Dollars.
2. Exemplary-damages of $_____ Dollars.
3. Actual-damages of $_____ Dollars.
4. Punitive-damages of $_____ Dollars.
5. Nominal-damages of $_____ Dollars.
6. Compensation-damages of $_____ Dollars.
7. Payment of all court cost by the tort feasor.

## Certificate of Service

I Alfred Lee Stone Here by Certify THAT A True Copy of THE Fore Going Texas Tort Claim Action HAs been U.S. Mailed TO: THE Justice of THE peace Houston County Court-House 401 EAST Houston Ave. Houston County Texas 75835 on THis 7 day of April 2014.

Alfred Lee Stone
Tortion.

25
(24)



Filed 08/26/13

MSD 212

REC, 11-6-13

# Texas Department of Criminal Justice
## STEP 2  E2  OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2013197551

UGI Recd Date: AUG 26 2013

HQ Recd Date: AUG 28 2013

Date Due: 09.25

Grievance Code: 401

Investigator ID#: 1975

Extension Date: 10/25

Offender Name: Alfred Lee Stone     TDCJ # 599665

Unit: East Ham     Housing Assignment: N-1-4

Unit where incident occurred: East Ham

NOV 0 5 2013

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

Give reason for appeal (Be Specific).  I am dissatisfied with the response at Step 1 because...

There was a very sufficiant due process error as well as a few procedural errors noted at the Disciplanary-Hearing that was brought out. First Sgt. Baskin was requested to appear at the Hearing for cross Examination. but He was not, so this denied me a Right to Confrontation, then I was found guilty on officer Elem false statement and He didn't write the Disciplanary-Report, in the first place, He only witness it.

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix G

Offender Signature: _Alfred Lee Stroud_      Date: _08-26-13_

Grievance Response:

Major Disciplinary Case #20130337231 has been reviewed. The disciplinary charge was appropriate
for the offense of assaulting an offender without a weapon, based on the officer's report and testimony at
the hearing, and the guilty verdict was supported by a preponderance of the evidence. All due process
requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer was within
agency guidelines. No further action is warranted in this matter.

Signature Authority: _B. PARKER_      Date: _10/2/13_

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |



# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

HS

| OFFICE USE ONLY |
| --- |
| Grievance #: 201405772 |
| Date Received: DEC 0 9 2013 |
| Date Due: 01-18-14 |
| Grievance Code: 501 |
| Investigator ID #: 1780 |
| Extension Date: |
| Date Retd to Offender: |

Offender Name: Alfred Lee Stowe          TDCJ # 589665

Unit: Estelle (H.S.O.)   Housing Assignment: O-212

Unit where incident occurred: EASTHAM UNIT

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Inmate Trust Fund; I.O.G;          When? 12/09/13

What was their response? UNKNOWN

What action was taken? UNKNOWN

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 4/18/13 I Received A $2,170.00 dollar deposit by Inurse Bund To My inmate Trust Fund Account Then On On About The _/_/_ The Full $2,170.00 dollars Amount was Removed From My Inmate Trust Fund Account For Court-Fees, On Costs Under Tex. Civ. Pract. & Rem. Code. Ann. § 14.006 (B)(1), which was An Error because the state interfered with My inmate due process property interest where it seized the funds from My Inmate Trust Fund To Pay For the Court's Fees On Cost However Tex. Civ. Pract. & Rem. Code. Ann. § 14.006 (B)(1) Require That the Court Under the inmate shall pay An Amount Equal To the lesser of: 20% of the preceding six months deposits in the inmates Trust Account On (2) the Total Amount of Court Fees And Costs. But Here I don't have the Full Amount To Pay All My Court Fees On Cost As Under (B)(2) There Fore only the Amount Equal To the lesser of 20% can be Taken From My Inmate Account Here. Which is $117.00 dollars As Under (B)(1) of § 14.006.

DEC 0 9 2013

---

I-127 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix F

Action Requested to resolve your Complaint. THAT THE STATE COUNTY COURTS Resolve THIS iss
ue.

Offender Signature: Alfred Lee Stone                      Date: 12/09/13

Grievance Response:

_(illegible handwritten response)_

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired. DEC 0 9 2013

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _Nicholas Webb_  DEC 0 9 2013

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission        UGI Initials:_____

Grievance #: 2014079493  2014057792

Screening Criteria Used: ____1____

Date Recd from Offender: DEC 0 9 2013

Date Returned to Offender: DEC 0 9 2013

2nd Submission            UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission            UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2014069464 |
| Date Received: DEC 31 2013 |
| Date Due: 02-09-14 |
| Grievance Code: 502 |
| Investigator ID #: 1750 |
| Extension Date: |
| Date Retd to Offender: FEB 07 2014 |

Offender Name: Alfred Lee Stowe    TDCJ# 599665

Unit: Estelle (H.S.U) Housing Assignment: (D-212) HS

Unit where incident occurred: Estelle (H.S.U.)

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? INMATE Trust Fund, I.T.G    When? 12-23-13

What was their response? Unknown

What action was taken? Unknown

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 12-18-13 I Requested to make an Inmate Purchase from the Estelle Unit Commississary but my Commississary slip came back to me showing that I had no money in my Trust Fund Account. which is untrue. because on 4/18/13 I Received a $ 20.00. dollar deposit by Louise bond to my inmate Trust Fund Account then on or About the 1-13 the Full $ 20.00. dollars Amount was Removed From my Inmate Trust Fund Account For court-fees or costs under Tex. Civ. pract. S-Rem. Code. Ann. § 14.1116 (B)(1) which was an Error. Because the State interfered with my inmate due process property interest where it seized the Funds From my Trust Fund to pay for the Courts Fee's or cost. However; Tex. Civ. pract. § Rem. Code. Ann. § 14.1116 (B)(1) Require that the court order the inmate to pay an Amount From the lesser of 20% of the preceding-six months deposits in the inmate Trust Fund Account on (3) the total Amount of court Fees and costs. But Here I don't have the full Amount to pay all my court Fees or cost-As under (B)(2) there Fore only the Amount From the lesser of 20% can be taken From my Inmate Account Here which is $ 17.14 Dollars As under (B)(1) of § 14.1116. DEC 31 2013

---

Appendix F

Action Requested to resolve your Complaint. My $10.00 Commissary Store purchase,

Offender Signature: Alfred Lee Stone            Date: 12/23/13

Grievance Response:

Your complaint has been noted. Inmate Trust Fund (ITF) was contacted and states that $2.00 was deducted on 04/18/13 for a state order. Two civil orders were deducted at $2.00 each on 04/18/13. You have one federal order which was deducted for $8.00 on 04/18/13 which was the standard 20% for federal orders and 10% each for state and civil orders. The amounts were properly withdrawn. No further action is warranted.

**WARDEN BREWER**

Signature Authority: _____            Date: 2/6/14

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:      *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable. _
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

Filed 02/10/14                    Rec. 03/14/14



# Texas Department of Criminal Justice
# STEP 2    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY
Grievance #: 2014069464
UGI Recd Date: FEB 11 2014
HQ Recd Date: FEB 13 2014
Date Due: 3-18-14
Grievance Code: 502
Investigator ID#: I1364
Extension Date:

Offender Name: Alfred Lee Stone    TDCJ # 599665

Unit: Estelle    Housing Assignment: H.S.A. D-212

Unit where incident occurred: Estelle

MAR 13 2014

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be Specific). I am dissatisfied with the response at Step 1 because:

THE wardens decision was Improper; Because He Believed THAT THE Inmate Trust Fund was Correct when They Took A deduction of $2,919 on 04/18/13 For Two civil cases, And $8.00 For one Federal-order simply Because THE STandard is 20% For Federal orders And 10% Each For STATE civil-orders. Therefore I Find THAT both THE Federal And STATE laws THAT Allows THESE Courts To Enforce Such orders upon prison Officials is unconstitutional As Applied, because it Allows For THE Taken of All A prisoners Funds with Out Allowing Them To Spend Any of THERE money. Especially Here where both Courts is Enforcing orders THAT will Result in THE Taken of All THE money THATs in THE Account. And As A prisoner I Should be intitled To More due process of law, Especially where THE Sanction order does NoT STATE with specific words THAT Such Taken will be done. Here THE Federal And STATE SANCTION orders does NoT STATE THAT 20% will be Taken For Federal cases And THAT 10% will be Taken For EACH STATE Court. AT THE SAme Time.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Offender Signature: *Alfred Lee Stone*      Date: **02/10/14**

Grievance Response:

Your Step 2 grievance has been investigated by this office. You were appropriately advised at the Step 1 level. No further investigation warranted by this office.

Signature Authority: _____      Date: **3/7/14**

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

OFFICE USE ONLY

Initial Submission      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission      CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)      Appendix G

# Texas Department of Criminal Justice

## OFFENDER GRIEVANCE FORM

**STEP 1**

HSD212

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Alfred Lee Stowe     TDCJ # 599665

Unit: EastHam     Housing Assignment: (N-1-4)

Unit where incident occurred: EastHam

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sgt. Baskin, Major Thompson, Mrs Hicks     When? 07-28-13

What was their response? unknown

What action was taken? unknown

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 07-28-13 I was involved in An incident that caused me to be taken to P.H.D. Custody, So my personal-property was packed By some unknown persons, be brought to me while I was in D-1-17 cell by An African-Com unknown to me, He informed me to sign the property, An he would then give me my property, but I Refused to sign the papers until I had a chance to see all the property and checks to see if all of it was there, So that African-Com Officer Refused to give me my property And think it all to the property-Room, So there after on the about the 08-01-13 I was taken to the hot side Hospital and didnt Return until 08-03-13, And Again my property was brought to me by officer penny, Com of which he checked through the property And found that my Radio And Head sets were missing, So at that time I gave Hand An I-60 to give to Mrs. Hicks to let Her No that my Radio And Head phones Are missing And that I need Her to check to see if that is all my property, From the property-Room Before I file this step 1 grievance AUG 2 6 2013

---

**Action Requested to resolve your Complaint.** THE Return of my Radio And Head-phones

**Offender Signature:** Alfred Lee Stow　　　　　　**Date:** 08-26-13

**Grievance Response:**

**Signature Authority:** _____　**Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired. AUG 26 2013

☐ 2. Submission in excess of 1 every 7 days.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** TWood T.E.Good AUG 26 2013

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

Appendix F

**OFFICE USE ONLY**

Initial Submission　　UGI Initials: TW

Grievance #: 2013207867

Screening Criteria Used: #1

Date Recd from Offender: AUG 26 2013

Date Returned to Offender: AUG 26 2013

2nd Submission　　UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission　　UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Filed 11 18 7 13   Received DATE 01 08 74



## Texas Department of Criminal Justice
# STEP 2
### OFFENDER GRIEVANCE FORM

Offender Name: Alfred lee STONE   TDCJ # 599665

Unit: Estelle Unit(H.S.) Housing Assignment: H.S.A. D-312 Estelle

Unit where incident occurred: EASTHam Unit

**OFFICE USE ONLY**
Grievance # 2014018786
UGI Recd Date: NOV 1 8 2013
HQ Recd Date: NOV 2 1 2013
Date Due: 12-23
Grievance Code: 575
Investigator ID#: II 364
Extension Date:

JAN 0 7 2014

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

In THIS CASE I'AM dissatified with the wardens step-one Response, Because He stated that the East Ham unit provided-documentation showing that several items were Confiscated including-Books clue to ownership questioned." But I was never given notice of the Confiscation" on items, Books that were Taken From my property before I left THE Unit, I Should Have been notified of the Removal of the items, Books that's being Questioned for ownership. And This Act is not within policy to do. without First giving me notice, so now that I've giving notice of ownership-question to mrs Hicks AT the Eastham unit I steal Havent Received the Items, or Books thats missing From my property. Such As my Radio-Head-phones, my nelson Bible Concordance, my Texas-Criminal law-penal-code, my Koran, And College merriam webster Dictionary And physic-Book.

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   **(OVER)**

Appendix G

Offender Signature: _Alfred Lee Stone_  Date: _11-18-13_

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. You were appropriately advised at the Step 1 level. Your complaint is noted. No further investigation warranted by this office.

Signature Authority: _Dwight_, ARP  Date: _12/19/13_

---

Returned because: *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | | |
|---|---|---|
| Initial Submission | CGO Initials: _____ | |
| Date UGI Recd: _____ | | |
| Date CGO Recd: _____ | | |
| (check one) ____Screened ____Improperly Submitted | | |
| Comments: _____ | | |
| Date Returned to Offender: _____ | | |
| 2ⁿᵈ Submission | CGO Initials: _____ | |
| Date UGI Recd: _____ | | |
| Date CGO Recd: _____ | | |
| (check one) ____Screened ____Improperly Submitted | | |
| Comments: _____ | | |
| Date Returned to Offender: _____ | | |
| 3ʳᵈ Submission | CGO Initials: _____ | |
| Date UGI Recd: _____ | | |
| Date CGO Recd: _____ | | |
| (check one) ____Screened ____Improperly Submitted | | |
| Comments: _____ | | |
| Date Returned to Offender: _____ | | |

I-128 Back (Revised 11-2010)     Appendix G

# Texas Department of Criminal Justice

## STEP 1

D212

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: ⊙ MAR 2 5 2014

Date Received: _____

Date Due: 05-04-14

Grievance Code: 515

Investigator ID #: 1480

Offender Name: Alfred Lee Stone    TDCJ # 599665

Unit: EAST HAM    Housing Assignment: H.S.M-D-212

Extension Date: _____

Unit where incident occurred: EAST HAM

Date Retd to Offender: _____

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Mrs Hicks

Who did you talk to (name, title)? SGT. BASKIN, MAJOR THOMPSON    When? 07-28-13

What was their response? UNKNOWN

What action was taken? UNKNOWN

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 07-28-13 I was involved in an incident that caused me to be taken to A.D. custody. So my person-property was packed by some unknown person. And brought to me while I was in D-1-17 cell by an African male C.O. John-Doe. He informed me to sign the property and He would then give me my property. but I refused to sign the papers until I had a chance to see all the property and check to see if all of it was there. So the male C.O. Officer refused to give me my property and took it all to the property room. So there after on or in about the 08-01-13 I was taken to the out side Hospital and didn't return until 08-03-13 And again my property was brought to me by Officer Denny C.O. of which He checked through the property and found that my radio and Head set were missing. So at that time I gave Him an I-60 form to give to Mrs Hicks to let Her know that my radio and Head phones are missing And that I need for Her to check to see if this is all my property from the property-room before I file this step-1 grievance.

MAR 2 5 2014

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

_____

Action Requested to resolve your Complaint. The _Return of my Radio And Head-phone_

Offender Signature: _Alfred Lee Stone_      Date: _08-26-13_

Grievance Response:

_____

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired **MAR 2 5 2014**

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable. *

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _Wraps UGS_    MAR 2 5 2014

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: 2014110205 | |
| Screening Criteria Used: | |
| Date Recd from Offender: MAR 2 5 2014 | |
| Date Returned to Offender: MAR 2 5 2014 | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix F



# Texas Department of Criminal Justice

## STEP 1

# OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: MAR 17 2014 |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender-Name: Alfred Lee Stone    TDCJ # 599665

Unit: Estelle    Housing Assignment: H.S.O. O-212

Unit where incident occurred: Estelle

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Property Officer Leg. Warden    When? on 10/25/13

What was their response? UNKNOWN

What action was taken? UNKNOWN

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Official, ... On th About The 09-24-13 The Estelle Property Room Officer Had There Inmate Helper With the Property Officer To Come And delievr To me my in Comming Property From the Eastham Unit. So on the morning of deliverd me the Property At my door The Inmate Helper woke me up And Told me That my property was Here, Then He Handed me A property slip To Sign, but instead of Signing for the Property I Requested To look Through the Property To See what All was there, Then I notice That my college Merriam-Webster-Dictionary was missing Along with my Holy-Quran, A Physic-Book, A Bible Concordance, The Texas Criminal Laws Penal-Code, And my Radio Head Set was missing And Had not been Replaced by The Eastham unit before I was Transferred To the Estelle-Unit., of which I Had A chance To in form m major-Thompson And the Property-Room-Officer mr Hicks About the missing Radio And Head-Set, I Also informed Sgt. Baskin on 178-14-13, 178-19-13, To investigate And Find out what Happen To my property but He Failed To do so. So I Filed A step one grievance and Hand on on About the 178-219-13 while on the Eastham-Unit but Received no Response From the grievance.

MAR 17 2014

Appendix F

MAR 17 2014

**Action Requested to resolve your Complaint.** I Request The Return OF All my Missing
property.

**Offender Signature:** Alfred Lee Stone ___ **Date:** 03/17/14

**Grievance Response:**

**Signature Authority:** _____ **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☒ 1. Grievable time period has expired. MAR 17 2014

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant; Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____ MAR 17 2014

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

**Medical Signature Authority:** _____

J-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission          UGI Initials: _____

Grievance #: 2014111676

Screening Criteria Used: _____

Date Recd from Offender: MAR 17 2014

Date Returned to Offender: MAR 17 2014

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F



# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: 2014018786 |
| Date Received: OCT 0 2 2013 |
| Date Due: 11-11-13 |
| Grievance Code: 575 |
| Investigator ID #: 1780 |
| Extension Date: _____ |
| Date Retd to Offender: NOV 0 5 2013 |

Offender Name: Alfred lee Stone   TDCJ # 599665

Unit: Estelle   Housing Assignment: H.S.D. D-212

Unit where incident occurred: Estelle

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? property- Officer lee, Warden   When? 09-25-13

What was their response? Unknown

What action was taken? Unknown

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On or About the 09-24-13 the Estelle- property- Room Officer Had there Inmate Helper with the pod-Officer To come And deliver to me my in Commisary- property From the East Ham Unit. So In the Morning of delivery me the property At my door the Inmate Helper woke me up And Told me That my-property was Here. Then He Handed me A property slip To Sign, but Instead Of Signing For the property I Requested To look Through the property To see what All was there. Then I notic That my college Merriam-Webster-Dictionary was missing Along with my Quran, And physics Books And That my Radio-Head-Set was missing And Had not been Replaced by the East Ham Unit before I was Transfered To the Estelle-Unit, I informed The Major Tha Rayshun And The property Room Officer Mrs Hicks About the missing Radio And Head Set. I Also informed Sgt. Baskin On 08-14-13, 08-19-13, To investigate And Find out what Happen To my property but He Failed To do so, I filed A step one grievance on Him On or About the 08-20-13, While on the East Ham Un it but Received No Response. To This grievance.

OCT 0 2 2013

---

I-127 Front (Revised 11-2010) — YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Books (Nelson Bible Concordance)
(Texas Criminal laws)

Appendix F

Action Requested to resolve your Complaint. I Request The Return of All my Miss ing property.

Offender Signature: Obsied Lew Stone    Date: 10/3/13

Grievance Response:

Your complaint has been noted. Estelle Unit property officer returned the property that was sent from Eastham to you and you refused to sign the PROP-05. Eastham unit was contacted and provided documentation showing that several items were confiscated including books due to ownership questioned. This is within policy. Confiscated property is not shipped to other units. No further action is warranted.

WARDEN LACOX

Signature Authority: _____    Date: 10/5/13

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

1-127 Back (Revised 11-2010)

OFFICE USE ONLY

Initial Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2013197551

Date Received: AUG 0 9 2013

Date Due: 9-8-13

Grievance Code: 401

Investigator ID #: I 0366

Extension Date: Nov

Date Retd to Offender: AUG 2 3 2013

Offender Name: Alfred Lee Stone   TDCJ # 599665

Unit: EASTHAM    Housing Assignment: N-1-4

Unit where incident occurred: EASTHAM

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? UNIT (I.G.O.), Warden Bell   When? 08-08-13

What was their response? UNKNOWN

What action was taken? UNKNOWN

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On or about the 08/06/13 a major Disciplanary Hearing was Held in case no. (20130537231) at which C/O Elem was call to give a report concerning a fight that happen in the Rec. yard on 07/28/13 around 7:15. At which He Made a False-report concerning the incident. He stated at the Hearing that He seen me hit inmate Hines twice with my fist and that inmate Hines, did not fight back. Secondly He stated that He did not see four inmates as they approached and jumped me, of which inmate Hines was among them. And the statement was untrue. Also, which means that the Disciplinary that was written by Sgt. Baskin was untrue because it was based on Elem's False-reports.

---

**Action Requested to resolve your Complaint.** THAT THE Return OF MY STATUTUS TO G-4

**Offender Signature:** Alfred Lee Stone      **Date:** 18-09-13

**Grievance Response:**

Disciplinary case # 20130337231 has been reviewed. It appears that sufficient evidence has been presented to support the finding of guilt and penalty imposed. No significant due process or apparent procedural errors have been noted to warrant overturning this case.

## WARDEN B. REEVES

**Signature Authority:** _____     **Date:** AUG 2 3 2013

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

ReFiled 03/13/14    D'Te



| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: MAR 1 3 2014 |
| Date Due: 04-22-14 |
| Grievance Code: 401 |
| Investigator ID #: 176 |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Alfred Lee Stowe   TDCJ# 544665

Unit: Estelle   Housing Assignment: H.S.A. D-212

Unit where incident occurred: EAST HAM

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Unit (I.J.G) Warden Bell   When? 08-08-13

What was their response? UNKNOWN

What action was taken? UNKNOWN

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate.

On On About The 08/06/13 A Major Disciplinary Hear ing was Held on Case No. 20130337231 At which Cj IV Elen was Called To give A Report Concerning A Fight That Happen in The Bcc. yard on 07/28/13 Around 7:15 At which He made A False-Report Concerning The incident He Stated At The Hearing That He Seen me Hit inmate Hines Twice with my Fist And That inmate Hines did not Fight back, secondly He Stated That He didnt see From many inmates As They Approached And Jumped me. Of which inmate Hines was Among Them. And this statement was untrue Also, which means That The Disciplinary That was written by Sgt. Baskin was untrue because it was based on Elens False-Reports. And when even on 07/14/13 I was Found Guilty of The Offense Code 02.4 An unknown level-Offense for supposely Fighting without A weapon in Assaulting And Offender without A weapon which Results in A non-serious-injury And later down Funded To A G-5 Status-However since That Time I've Dis-covered That There is no Code 02.4 under The level-1 on 2 Offense Code And That I Am being Improperly Charged for The Offense That I was Found Guilty of And Accordingly The Disciplinary-Rule And procedures for Offenders shows The Offense Description for which I was Charged And for-

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

nd guilty if should have fallen under Rule 21. As a level 2 offense if any. Therefore the special-classification-hearing that was held on 02/13/14 to determine if I should be upgraded to G-4 status by the Estele unit-classification committee and the Huntsville computer-recommendation was improper because both were based on an improper-charged-offense. So now my punishment becomes cruel and unusual and excessive if left unresolved in my favor.

MAR 13 2014

**Action Requested to resolve your Complaint.**

Offender Signature: _Alfred Lee Stone_     Date: _03/13/14_

Grievance Response: _____

Signature Authority: _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired. MAR 1 3 2014

☑ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☑ 6. No requested relief is stated. * MAR 1 3 2014

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____ MAR 1 3 2014

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission    UGI Initials:_____

Grievance #: 2014110076

Screening Criteria Used: 1, 6

Date Recd from Offender: MAR 1 3 2014

Date Returned to Offender: MAR 1 3 2014

2nd Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission    UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: 3/23/14

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Alfred Lee Stone    TDCJ# 599665

Unit: Estelle    Housing Assignment: H.S.D. A-212

Unit where incident occurred: Estelle

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mrs Head - Classification-Chief    When? 02 11 14

What was their response? Unknown

What action was taken? Unknown

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 1-07-13 I was found guilty of the offense code 112.4 An unknown level-offense. For supposedly fighting with-out a weapon or assaulting an offender with-out a weapon which results in a non-serious-injury And Ia-ten clown-graded to a G-5 status. However since that time I've discovered that there is no. code 112.4 under the level-1 or 2 offense code. And that I am being im-properly charged for the offense that I was found guilty of. And Accordingly the disciplinary-rule And procedures for offenders shows the offense descr-iption for which I was charged. And found guilty of should have fallen under Rule 21, As a level 2 offen-se. If Any. Therefore, the special-classification-Hearing that was Held on 02/13/14 to determine if I should be upgraded to G-4 status by the unit-classification committee And the Huntsville-computer Recommend-ation was improper because both were based on An improper-charged-offense. So now my punishment becomes Cruel And unusual And Excessive if left un-Resolved in my-favor.

---

Action Requested to resolve your Complaint. THAT I be Released TO G-2 STATUS WITH line-1 level.

Offender Signature: Alfred Lee Stone    Date: 02/05/14

Grievance Response:

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☑ 1. Grievable time period has expired.  FEB 10 2014

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____ FEB 10 2014

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

OFFICE USE ONLY

Initial Submission        UGI Initials: _____
Grievance #: 20140933609
Screening Criteria Used: 01  FEB 10 2014
Date Recd from Offender: FEB 11 2014
Date Returned to Offender: _____

2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

(β)

10/28/14

# INMATE CORRESPONDENCE REPLY

To:
**ALFRED LEE STONE # 599665**
**ESTELLE UNIT**
**264 FM 3478**
**HUNTSVILLE, TX 77320**

FILE DATE: **04/15/14**
CAUSE NO. : **14-0076**
COURT: **349**TH

Dear: *MR. STONE*

____ We will need a notarized copy of your Inmate Trust Fund or a court order to prepare the copies you requested at no charge to you.

_X_ The following documents have been filed in the above listed case. File-stamped copies of the documents are enclosed.

*ORDER OF DISMISSAL

____ Today, _____ the transcript of your Petition for Writ of Habeas Corpus has been forwarded to the Court of Criminal Appeals.

____ Enclosed you will find a set of questions the Judge has ordered you to answer. Please fill out the form and mail it back to us.

____ Other:

All further correspondence should indicate the above **Cause number**.

By: *Roxan Taylor*, Deputy District Clerk
Houston County
Po Box 1186
Crockett, Texas 75835-1186

| | | |
|---|---|---|
| ALFRED STONE, #599665 | з з з | IN THE DISTRICT COURT |
| VS | з з | 349th JUDICIAL DISTRICT |
| A. BASKIN | з | HOUSTON COUNTY, TEXAS |

## ORDER OF DISMISSAL

On April 15, 2014, Plaintiff filed The Texas Tort Claim Action alleging four causes of action. It is obvious to the Court that this civil action is not brought under the Family Code and is a cause of action governed by Chapter 14 of the Texas Civil Practices and Remedies Code.

The Court finds that the plaintiff failed to file an affidavit relating to previous filings as required by section §14.004. Plaintiff failed to file a certified copy of the trust account statement as required by section §14.004. Plaintiff failed to file an affidavit relating to grievance system as required under section 14.005. The Court finds the claims were filed after the period prescribed in section §14.005. The Court finds the claims to be frivolous or malicious.

It is hereby, ORDERED, ADJUDGED AND DECREED that the action of Plaintiff against Defendant(s) be dismissed without prejudice.

It is further ORDERED that the inmate pay an amount equal to the lesser of:

1)      20 percent of the preceding six month deposits to the inmate's trust account; or

2)      the total amount of court fees and costs charged to the inmate in this cause.

In each month following the month in which payment is made above, the inmate shall pay an amount equal to the lesser of:

1)      10 percent of that month's deposits to the trust account; or

2)      the total amount of court fees and costs that remain unpaid as charged to the inmate in this cause.

Such monthly payments shall continue until the total amount of court fees and costs are paid or until the inmate is released from confinement.

The District Clerk shall forward a current cost bill, a copy of the Plaintiff's original complaint, and a copy of this order to the Texas Department of Criminal Justice, Litigation Support Program. The Texas Department of Criminal Justice shall withdraw money from the trust account of the inmate in accordance with this order and shall hold the money in a separate account. The Texas Department of Criminal Justice shall forward the money to the District Clerk of Houston County on the earlier of the following dates:

1)      the date the total amount to be forwarded equals the total amount of court fees and

costs $_____ that remain unpaid; or

2) the date the inmate is released.

Accordingly and pursuant to Chapter 14 of the Texas Civil Practices and Remedies Code, the petitions as filed are ordered dismissed without prejudice. It is hereby, ORDERED, ADJUDGED AND DECREED that the action of Plaintiff against Defendant be dismissed without prejudice.

SIGNED AND ENTERED on this the _16_ day of ___October___, 2014.

PRESIDING JUDGE

C.

**INMATE CORRESPONDENCE REPLY**

To:                                                   FILE DATE: **04/15/14**
**ALFRED LEE STONE # 599665**                         CAUSE NO. : **14-0076**
**ESTELLE UNIT**                                      COURT: **349**th
**264 FM 3478**
**HUNTSVILLE, TX 77320**


Dear: _**MR. STONE**_

____    We will need a notarized copy of your Inmate Trust Fund or a court order to prepare
        the copies you requested at no charge to you.

_X_     The following documents have been filed in the above listed case. File-stamped
        copies of the documents are enclosed.

        * **MOTION FOR NEW TRIAL**
        * **AFFIDAVIT**
        * **PROOF OF SERVICE**

____    Today, _____ the transcript of your Petition for Writ of Habeas Corpus has
        been forwarded to the Court of Criminal Appeals.

____    Enclosed you will find a set of questions the Judge has ordered you to answer.
        Please fill out the form and mail it back to us.

____    Other:


All further correspondence should indicate the above **Cause number**.



                                    By: _Roxan Taylor_, Deputy District Clerk
                                                      Houston County
                                                      Po Box 1186
                                                      Crockett, Texas 75835-1186

CAUSE NO. 14-0076

Alfred Lee Stone
Tortor/Appellant,

v.

A. Baskin et. al.
Tortfeason.,

in The District Court
349th Judicial District
Houston County Texas

FILED
HOUSTON COUNTY
DISTRICT CLERK
14 NOV -5 AM 11:30
CAROLYN RAINS
BY_____DEPUTY

## Motion For New Trial

In pursuance to Tex. R. App. Proc. R. 31 The Tortor/Appellant Request of The Court to Grant a Motion For New Trial For The Following Reasons Stated Below.

**1.**

On 10/16/14 The Presiding Judge Pam Fletcher Signed and Entered and Order of Dismissal of The Tortor's Texas Tort Claim Action under Chapter 14 of The Tex. Civ. Pract. And Rem. Code.

**2.**

Which was and Error. In violation of The Tortor's Rights...........To due Process...........under The U.S.C.A. Const. Amendment 5th..14th. And Tex Const. Art. I § 19 because Chapter 14 of The Tex. Civ Pract. and Rem. Code is in Conflict with Both The U.S. Const. And The Tex. Const. And is unconstitutional As Applied. see Baden 15 SW3d at 603.

Chapter 14 of The Tex. Civ. Pract. And Rem. Code. § 14.003. Provides: (A) Court My dismiss a Claim. Either before or After Service of Process if The Court

Finds that:

1). The Allegation of Poverty in the Affidavit or un-sworn declaration is False.,

2). The Claim is Frivolous or Malicious. or

3). The inmate Filed An Affidavit or unsworn declaration Required by This Chapter That The inmate knew was False.

The USCA Amendment 14th and 5th Along with the Tex. Const. Ant. I of 19, provides An Tenten with no-Tice And A Hearing Before A Dismissal. of there law suit. SEE lewis V Ramirez 49 SW 3d at 887.

And the procedural-Section 14.003. Must Yield To The Superior Constitutional-Rights. See Whitmore V State 570. S.W.2d 889. Jiles 751 SW2d at 622. And Evitts V lucey 105 S.Ct. at 832.

Here Stone Received no "Notice of A dis-missal-Docket Setting" or "Notice of The Trial Counts Order of dismissal As Required under Vern. Anno. Tex. R. Civ. Proc. R. 165 (A)... 306 (A) Subds. 4, 5. SEE Peralta V Heights Medical Center Inc. 485. U.S. 80. 105 S.Ct. 896 (1988) Wilson 689 SW 2d 496 (Tex. App Houston. 1st. Dist. 1985).. Butler V Butler 808 SW 2d 128.... Fal. Rid. App. JD. Vent V Hou. Elec. Co 795 SW. 2d 21... Vant. V Dutch Mann. ETT. Inc. 755 SW 2d 486. _____ V _____ 811 SW 2d 942.

Because the Judgment Entered here with out Notice violates the due process clause. See Armstrong 380 U.S. 545, 85 S.Ct. 1187 Law is Constitionally infirm.

Because the Elementary And Fundamental- Requirement of due process in Any proceeding which is to be Accorded-Finality is Notice Reasonable calculated under the Circumstance to Apprise interested parties of the pendency of the Action And Afford them the opportunity to present their objection to Avoid that Result. See Villanneal V San Antonio Truck 970 SW 2d 275. ( Tex. App. San Antonio 1998).

And the Failure to give Notice violates the most Rudimentary demands of due process of law See Armstrong 380 US 545.. 85 S.Ct. 1187,.1190.

Therefore whether A dismissal- Notice is Constitionally Adequate is A Question of law For the Courts to Resolve. See E.G. Rotello 671 SW 2d AT 509.

## Conclusions

That this Court Grant the Tortor/Appell- Ant A New Trial.

Alfred Lee Stone
Tortor/Appellant

(3).

Certificate of Service

I Alfred lee Stowe Tintion / Appellant do Here
by Certify THAT A True And Correct Copy OF THE Motion For New Trial Has been U.S. Mailed To: Carolyn
Rains P.O. Box 1186 Crockett TEXAS 75835 On THis 30
day of Oct        2014.

Alfred lee Stowe
Tintion / Appellant

(4).

Cause No. 14-0076

Alfred lee Stone
Tortor/Appellant

v.

A. Baskin Et. Al,
Tortfeasor, Appellee

THE STATE OF TEXAS of
Houston County Texas

In THE District Court
349th Judicial District
Houston County TEXAS

FILED
HOUSTON COUNTY
DISTRICT CLERK
14 NOV -5 AM 11:31
CAROLYN RAINS
BY _____ DEPUTY

AFFidavit

I Alfred lee Stone Affaint deposes And STATE THE Following. My Name is Alfred lee Stone I'Am over 21 years of Age, sound Mind capable of making this Affidavit And personally Acquainted with THE Facts As stated Herein And My STATEMENT: I'Am giving Notice under TEX. R. Civ. Proc. R. 21 (A) To THE Honorable Judge Pam F. Fletcher THAT I wasnt given Notice of Her "Order of Dismissal" under TEX. R. Civ. Proc. R. 165 (A),, 306 (A) subds 4,5, by THE Clerk. Non other Means.

Alfred lee Stone
AFFaint.,

EXECuted on 1-25-14

In Pursuance to V.T.C.A. Civ. Pract. And Code of 132.0001-132.0003 I declare under Penalty of Perjury THAT THE foreGoing is True And correct This is THE Conclusion of my Affidavit.

(4)